AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Danielle Bateman)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>ANIRUTH KUPPUSAMY | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  25-mj-504 |
| _____<br>*Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:
 SEE ATTACHED AFFIDAVIT

Date:   March 9, 2025

Lynne A. Sitarski
Digitally signed by Lynne A. Sitarski
Date: 2025.03.09 18:39:26 -04'00'

*Issuing officer's signature*

City and state:   Philadelphia, Pennsylvania

HON LYNNE A. SITARSKI
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/9/25 , and the person was arrested on *(date)* 3/9/25<br>at *(city and state)* Chesterbrook, PA . |
| Date: 3/9/25         *Jessica Prendergast (signature)*<br>*Arresting officer's signature*<br><br>Jessica Prendergast, Special Agent<br>*Printed name and title* |