**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **vs.** | : | |
| | : | |
| **ANIRUTH KUPPUSAMY** | : | **25-130-1** |

**<u>O R D E R</u>**

**AND NOW**, this 10th day of November, 2025, upon consideration of Defendant's Unopposed Motion for Continuance of Trial (ECF# 33), the Court finds, pursuant to 18 U.S.C. § 3161 (h)(7)(A),(B), that (1) the above action cannot proceed to trial as previously scheduled and should be continued because, given the arguments for continuance presented to the Court, the failure to continue the trial date would likely make such proceeding impossible or would result in a miscarriage of justice; and, therefore, (2) the ends of justice served by this continuance outweigh the other interests of the public and the defendant in a speedy trial commencing on the date previously set.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED**. Trial is set for January 12, 2026 at 10:00 a.m. in Courtroom 6-A. The period from the date of this Order to the next trial date shall be **EXCLUDED** from all computations of time under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS FURTHER ORDERED** that all pre-trial motions of all parties shall be filed and served on or before December 8, 2025. Responses to such motions shall be filed and served on or before December 22, 2025.

**IT IS FURTHER ORDERED** that on or before January 5, 2026, the parties shall file and serve:

    1. Proposed jury voir dire questions

    2. Proposed jury instructions with citation of authority for each instruction (ONE (1) instruction PER PAGE).  If a model jury instruction taken, for instance, from the published Third Circuit Model Instructions or from O'Malley, Grenig & Lee, <u>Federal Jury Practice and Instructions,</u> or Sand, <u>Modern Federal Jury Instructions,</u> is submitted, the parties shall state whether the proposed jury instruction is unchanged or modified from the standard text form.  If a party modifies a model jury instruction, the modification shall be set forth in the following manner with additions underlined and deletions placed in brackets;

    3. Proposed verdict slip;

    4. Trial memorandum; and,

    5. One (1) copy of all materials identified in Paragraphs 1, 2, 3, and 4 above shall be served on the Court (Chambers, Room 6614) when the originals are filed.

                                    BY THE COURT

                                      _____
                                      MARY KAY COSTELLO
                                      United States District Judge